Opinion issued October 15, 2009










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-09-00806-CV

NO. 01-09-00807-CV

____________


IN RE NEWTON B. SCHWARTZ SR., Relator






Original Proceedings on Petitions for Writ of Mandamus and Prohibition






MEMORANDUM OPINION Relator, Newton B. Schwartz Sr., has filed a petition for a writ of mandamus
and a petition for writ of prohibition, complaining of "all actions of" Judge David
Scott Brabham, (1) including "any attempted or continued attempt to exercise
jurisdiction . . . over Relator's timely objections to him" and "the failure of the Texas
Supreme Court to timely appoint a replacement judge . . . following Relator's . . .
objections . . . ."

 We deny the petition for a writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Bland.
1. 
 
 
 -